**Wilfredo Gonzalez LORA,**
**Plaintiff–Appellant,**

v.

**Thomas M. HOLLENHORST, Virginia Assistant United States Attorney, personal and official capacity; William Fitzpatrick, Special Assistant United States Attorney, official and personal capacity; Eugene Rossi, Special Assistant United States Attorney; Timothy McGrath, Special Agent for the Drug Enforcement Administration, official and personal capacity, Defendants–Appellees.**

No. 06–1291.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 22, 2006.

Decided: Dec. 12, 2006.

Wilfredo Gonzalez Lora, Appellant Pro Se. Leslie Bonner McClendon, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's order denying his motion filed under Fed.R.Civ.P. 60(b), in which he sought reconsideration of the court's prior orders denying reconsideration and dismissing his breach of contract action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lora v. Hollenhorst,* No. 1:03–cv–00449–LMB (E.D.Va. filed Jan. 11, 2006 & entered Jan. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*